IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>HISTORICAL CELL SITE DATA<br>ASSOCIATED WITH<br>THE CELLULAR TELEPHONE ASSIGNED<br>CALL NUMBER<br>412-510-6482<br>THAT IS STORED AT PREMISES<br>CONTROLLED BY VERIZON | Magistrate No. 21-2070 |

WITHDRAWAL OF MOTION TO SEAL SEARCH WARRANT

The United States of America by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Brian W. Castello, Assistant United States Attorney for said District, find that the Motion to Seal the Search Warrant filed at Magistrate Number 21-2070 (ECF 1) was filed in error, and that the ongoing criminal investigation will not suffer from the publication of facts contained in the above-captioned matter. The Government hereby respectfully withdraws the Motion to Seal the Search Warrant filed at Magistrate Number 21-2070 (ECF 1).

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By: */s/ Brian W. Castello*
BRIAN W. CASTELLO
Assistant U.S. Attorney
PA ID No. 318609